**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Lee Fisher,<br><br>      Plaintiff,<br>vs.<br><br>Mohave County Sheriff's Office, et al.,<br><br>      Defendants. | No. CV-08-8020-PCT-PGR (JRI)<br><br>ORDER |

The parties having filed a Stipulation for Dismissal With Prejudice (doc. #33) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 15th day of July, 2009.

_____
Paul G. Rosenblatt
United States District Judge